UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH NICHOLS,<br><br>  Petitioner,<br><br>  v.<br><br>CHRISTIAN PFEIFFER, Warden,<br><br>  Respondent | Case No. CV 19-4433 DSF(JC)<br><br>JUDGMENT |

  Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

DATED: 5/29/2019

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE